UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILIPPE BUHANNIC

                          Plaintiff,                 1:18-cv-10170

- against –

                                                          **ORDER TO SHOW CAUSE
                                                          FOR PRELIMINARY
                                                          INJUNCTION AND
                                                          TEMPORARY RESTRAINING
                                                          ORDER**

TRADINGSCREEN, INC.;
PIERRE SCROEDER; PIERO GRANDI;
FRANK PLACENTI; ROBERT TRUDEAU;
TCV VI, L.P., AND TCV MEMBER FUND, L.P.,
JAY HOAG; AND RICK KIMBALL,
                          Defendants.
------------------------------------------------------------x

## ORDER TO SHOW CAUSE IN A CIVIL ACTION

Upon the affidavits of <u>Philippe Buhannic,</u> sworn to the 29th day of November <u>2018</u>, and upon the copy of the complaint hereto annexed, it is

1. ORDERED, that the above-named defendants show cause before a motion term of this Court, at Room_____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on_____,__, at___o'clock in the_noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued providing the following relief: The preservation of the status quo of my majority in the common stocks.

2. Holding TradingScreen in contempt for breaching the Injunctive Relief granted to me by the NY State Supreme Court through selling the company's assets and IP to two companies.

3. The immediate issuance of all missing certificates that have not been issued despite total clarity that they were fully vested before 2007 as they were all vested as show in the Board minutes and no board meeting has ever rescinded these grants.

4. The immediate issuance of all the certificates after 2007 given the fact that they were based on performance realized, and by definition fully vested, and not targets and on the fact that cash was deducted from Mr. Buhannic bonus to pay for them and no board meeting has ever rescinded these grants. These should include the years 2013, 2014, 2015, and 2016.

5. The immediate correction of the faulty cap table, a Sarbanes Oxley criminal act, published by CBIZ the accomplice audit firm to reflect the true cap table and not the fallacious one being included today in the audited accounts of the company.

6. A penalty carried personally on Mr. Grandi and Trudeau as participants to the compensation committee to have manipulated the numbers and refused to issue the due stock to Mr. Buhannic in the amount of 1 M USD each.

7. Any other remedies that the court might deem appropriate.

ORDERED that security in the amount of $ 2,000,000 (2 Million USD) be posted by the plaintiff prior to_____,_____, at_____o'clock in the____noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant on or before_____o'clock in the____noon, _____

_____,_____, shall be deemed good and sufficient service thereof.

Dated: New York, New York

November 29th, 2018

_____
United States District Judge